# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:21-MJ-00614-ML |
| JESUS ESTRADA-CAMPUZANO | § § | |

## O R D E R

Pursuant to the Court's Order entered July 28, 2022 (Dkt. 13), **IT IS ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Jesus Estrada-Campuzano (Dkt. 1), is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 18 U.S.C.§ 3060(d).

**SIGNED** on July 28, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1